JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2017 FEB -1  ᗡ 5: 03
SEALED
DISTRICT OF UTAH
BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | VIOS. 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1), Receipt of Child Pornography [Count I]; 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography [Count II]. |
| JACOB MEEKS, | |
| Defendant. | |
| | Case: 2:17-cr-00079<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 2/1/2017<br>Description: USA v. |

The Grand Jury Charges:

### COUNT I
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about and between January 31, 2015 and February 28, 2015, in the Central Division of the District of Utah and elsewhere,

JACOB MEEKS,

defendant herein, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign

1

commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## COUNT II
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

Beginning on a date unknown and continuing through on or about August 4, 2015, in the Central Division of the District of Utah,

JACOB MEEKS,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of a violation of 18 U.S.C. § 2252A, as alleged in Counts I and II of this Indictment, the above-named defendant shall forfeit to the United States, (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- Notebook;
- I-phone 6, serial no. 354435061867917;
- Toshiba laptop, serial no.3A017711Q;
- Acer laptop, Model: Aspire MS2377;
- Western Digital hard drive, serial no. WX71E23WXJ52;
- Compaq Presario v4000, serial no. 2C353709F3;
- Samsung Tablet, serial no. A3LSMT520;
- Samsung SD card, serial no. MMB3R08GUACA.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. §853(p), as incorporated by 18 U.S.C. §2253(b) and 28 U.S.C. §2461(c).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
ANDREA T. MARTINEZ
Assistant United States Attorney